UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
19-4278-DHH

UNITED STATES OF AMERICA

v.

JUNIOR MELENDEZ

**MEMORANDUM AND ORDER OF DETENTION**

June 12, 2019

Hennessy, M.J.

    Defendant Junior Melendez is charged in a criminal complaint with one count of Conspiracy to Interfere with Commerce by Robbery, in violation of 18 U.S.C. § 1951; one count of Conspiracy to Use or Carry a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(o); and one count of Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. § 846. An initial appearance was held on June 5, 2019, the day of Defendant's arrest. At the initial appearance, I appointed counsel to represent Defendant, and the United States moved for detention pursuant to the Bail Reform Act. The matter was continued to June 12, 2019 for a preliminary hearing and detention hearing.

    On June 12, 2019, Defendant, through counsel, executed a written waiver of his right to a preliminary hearing. Based on the waiver and the Court's colloquy with Defendant, I find that the waiver is knowing and voluntary, and is accepted by the Court. In addition, Defendant,

through counsel, assented to a voluntary order of detention without prejudice to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1) That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

   / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge